In The United States District Court
of The Western District of Virginia

CLERK'S OFFICE U.S. DIST COURT
AT CHARLOTTESVILLE, VA
FILED
at Roanoke
JUN 27 2007
JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

William F. Breckenridge
Plaintiff
v.                                         Case No. 7:07-CV-00326

Albemarle County Police Dept:
Lieutenant John Teixeira, and
Det. Phillip Giles Albemarle County Dept:
Charlottesville VA Police Dept:
Officer J.E. Chip Harding;
Charlottesville Weekly Newspapers
Meg McEvoy Newspaper Reporter
The Daily Progress Newspapers:
Rob Seal Newspaper Reporter:
Defendants

Civil Action
for Slander and Defamation of
a Character.

Come now William F. Breckenridge, under
the legal Term a "Layman at Law"; is filing
the said Civil Action against the above
defendants for the use of a name that
the Plaintiff is not under Slander and Defamation
of Character By the Law of Virginia when a
human being has a child And to give that
child a name by union of the parents. that
will be that childs legal name "William F. Breckenridge"
not "The GHOST." As follower the Plaintiff will
prove his allegation by facts of words

(1)

Summary of Facts:

On March 26, 2007, plaintiff William F. Breckenridge was charge with Break-enter and grand Larceny of Ipod in Albemarle county.

On April 3, 2007 / April 4, 2007 I charge with one count of Break-enter in the city Charlottesville.

Come now the plaintiff will show by facts of statements made by the defendant's in the news media that they was calling the plaintiff This name before he made a plea or went to court:

Statement of facts:

By Lt. John Teixeira: IN The Daily Progress Saturday April 7, 2007 By Rob Seely.

"He also a suspect in about 30 other burglaries from Canterbury Hills and the nearby Hessian Hills Neighborhood"

"According to Albemarle police spokesman Lt. John Teixeira.

Facts on or about May 8-14 2007, made false statement Along with slander an defamation of character was made by L.T. JOHN TEIXEIRA: CALLING William F. BRECKENRIDGE THE following name: "Prolific Local Burglar," NOT ONLY THE NAME CALLING but accusing the plaintiff of crimes he had not been charge with;

Facts: May 8-14; Lt. JOHN TEIXEIRA: stated following C-VILLE WEEKLY: Meg McEvoy

"And county police had a huge break-through last month when arrests were made in the Hessian Hills/Canterbury...   (2)

Hills robbery string.
"William Frances Breckenridge, reportedly a prolific local burglar from the 1980s, "has been charged with about 30 home robbery incidents in those neighborhoods off-Barracks road.

April 7, 2007, Statement made by Lt. John Teixeira "He's also a suspect in about 30 other burglaries from Canterbury Hills and the nearby Hessian Hills neighborhood according to Albemarle police spokesman Lt. John Teixeira. Reported By Bob Seali Daily Progress, and Meg McEnoy.

Facts: "Though He "Breckenridge is only charge with only Two Break-Enter of the Same house, and one Break-Enter Charge in the city of Charlottesville. April 7, 2007: Det Phillip Chiles said daily progress newspapers By Bob Seal.

These are the facts finds of the statement made by the alledge defendant's come now the plaintiff will summary more facts about slander and defamation of character by the defendant's.

(2)

Summary:
Facts of statement: Det Phillip Giles will show that Det Philip Giles use Slander and Defamation of character words on April 7, 2007 to one Rob Seal Daily progress newspapers:

"Giles, said the method of operation seemed similar to the one use by "The Ghost of The 1980, Giles said."

Facts: "Gile, Though He is Charged in connection with only Two Break-ins which occurred at the same House - and one Theft from a Vehicle. Giles said. By Rob Seal,

"Nobody has seen or heard anything that's been of any use to us. other than one person who saw a vehicle Gile said. By Rob Seal.

In fact The Dept of Albemarle county police made these factual statements to the public. In other words: the defendant's in this class action law suit are hereby accuse of the following and is being sue for the amount of dollars $2,000,000.00 dollars.

1) merlotanguish plaintiff has been on "medication "prozac" and is a mental Health doctor.

(4)                                    cont.

2) Public humiliation "by calling him the name "Ghost".

3) family grief, by searching my mother home, in which I don't live there, as well as my father, and brother home.

4) suffering by being in jail. I lost my job, at $10.00 hours and the right to not have a bond.

5) false imprisonment on allege charge's that are not true.

Come now the plaintiff state, by preguey that he has file this class action suit, and that the following are not his statement, and that the Plaintiff is a "layman at law", and that the Plaintiff do not have the funds to file this law suit. I hope en pray that this Honorable court grant this class action civil suit against the defendant from the above allegation against them. And for the amount file against them of Two-million dollar, $2,000,000.00

United States District court     Thank you
Clerks office                    your Honorable Clerk
copy                             William L. Breckenridge
                                 June 25, 2007

(5)

[Envelope scan]

From:
Gregory Kane
Charlottesville VA 22902

To:
Clerk office
United States District for the
Western District of Virginia
255 West main St
Charlottesville, VA 22903

Legal Mail — legal mail