```
                                                         CLERK'S OFFICE U.S. DIST. COURT
                                                              AT ROANOKE, VA
                                                                   FILED
```

IN THE UNITED STATES DISTRICT COURT　　　　JUL 1 0 2007
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION　　　　　　　　　JOHN F. CORCORAN, CLERK
　　　　　　　　　　　　　　　　　　　　BY:
　　　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

| | |
|---|---|
| WILLIAM F. BRECKENRIDGE, | ) |
| Plaintiff, | ) Civil Action No. 7:07-cv-00326 |
| | ) |
| v. | ) FINAL ORDER |
| | ) |
| ALBEMARLE COUNTY POLICE | ) |
| DEP'T, et. al., | ) By: Hon. James C. Turk |
| Defendant(s). | ) Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), and stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 10th day of July, 2007.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Senior United States District Judge